```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03124
   FELICIA HOWARD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5001


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/22/2007 and was confirmed 04/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
HSBC MORTGAGE CORP         CURRENT MORTG         .00            .00            .00
HSBC MORTGAGE CORP         MORTGAGE ARRE     2340.48            .00        2340.48
CORUS BANK                 CURRENT MORTG         .00            .00            .00
CORUS BANK                 MORTGAGE ARRE    34366.97        4136.81        7399.59
HSBC MORTGAGE              NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          3853.89            .00            .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER       48.17            .00            .00
ILLINOIS LENDING GROUP     UNSEC W/INTER      998.06            .00            .00
AMERICASH LOANS LLC        UNSEC W/INTER     2659.03            .00            .00
ORCHARD BANK               UNSEC W/INTER   NOT FILED            .00            .00
SEARS DENTAL               UNSEC W/INTER   NOT FILED            .00            .00
SEVENTH AVENUE             UNSEC W/INTER      224.24            .00            .00
SEVENTH AVENUE             NOTICE ONLY     NOT FILED            .00            .00
GINNYS                     UNSEC W/INTER      331.44            .00            .00
VATIV RECOVERY SOLUTIONS   UNSEC W/INTER     1446.53            .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER   NOT FILED            .00            .00
B-LINE LLC                 UNSEC W/INTER      443.11            .00            .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER   NOT FILED            .00            .00
JEWEL FOOD STORES          UNSEC W/INTER   NOT FILED            .00            .00
PREMIER BANKCARD           UNSEC W/INTER      223.08            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER      889.40            .00            .00
DEPT OF HOUSING & URBAN    SECURED NOT I        .00            .00            .00
MARTIN J OHEARN            DEBTOR ATTY      2,000.00                      2,000.00
TOM VAUGHN                 TRUSTEE                                        1,142.12
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                17,019.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03124 FELICIA HOWARD
```

```
PRIORITY                                                              .00
SECURED                                                          9,740.07
    INTEREST                                                     4,136.81
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,000.00
TRUSTEE COMPENSATION                                             1,142.12
DEBTOR REFUND                                                         .00
                                     ---------------      ---------------
TOTALS                                     17,019.00            17,019.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/29/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE